IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FREDDIE DWAYNE BROOKS                                           PLAINTIFF

V.                         CASE NO. 1:15-CV-01014

JANET DELANEY; DOUG
WOOD; MIKE LOE                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 2, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 19. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice because "Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules, has failed to comply with the Court's Orders, and has failed to prosecute this matter." ECF No. 19. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of June, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge